RECEIVED
SEP 11 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID WILLIAM SUNDAY | DOCKET NO. 14-CV-668, SEC. P |
| VERSUS | JUDGE DRELL |
| WARDEN ASK-CARLSON | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus filed under 28 U.S.C. §2241 be **DISMISSED FOR LACK OF JURISDICTION**.

Additionally, the Court notes the copy of the report and recommendation mailed August 01, 2014 to Mr. Sunday's last known address was returned to the Clerk of Court on August 07, 2014, marked "released". Thirty days have passed since August 07, 2014, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 10th day of September, 2014.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT